Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, <br><br> Plaintiff, <br> v. <br><br> **DOE-73.25.44.231,** <br><br> Defendant. | Case No.: 6:15-cv-0219-AC <br><br> CERTIFICATE OF SERVICE <br><br> PLAINTIFF'S MOTION FOR LEAVE TO ISSUE FRCP 45 SUBPOENA TO NON-PARTY |

CERTIFICATE OF SERVICE

    I, Carl D. Crowell, counsel for plaintiff, certify service of Plaintiff's Motion for Leave to Issue FRCP 45 Subpoena to Non-Party, by causing to be mailed this day a true copy to the Non-Party's address provided by Comcast in their subpoena response for the identity of the subscriber.

DATED: April 11, 2015.

                                                                              /s/Carl D. Crowell
                                                                              Carl D. Crowell, OSB No. 982049